### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 23-473 |
| v. ) | Judge Nora Barry Fischer |
| ) | Magistrate Judge Kezia O. Taylor |
| USW 13, USW 13-1, THOMAS CONWAY, ) | |
| DAVID MCCALL, DAVID JURY, BRUCE ) | |
| FICKMAN, SHASHA SHAPIRO, RUBEN ) | |
| GARZA, LARRY BURCHFIELD, FRED ) | |
| REDMOND, and AMANDA GREEN ) | |
| HAWKINS, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 16th day of May, 2024, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Kezia O. Taylor on April 19, 2024, (Docket No. 37), recommending that Defendants USW 13 et al.'s Motion to Dismiss be granted and that Plaintiff William Walker's Amended Complaint (Docket No. 19) be dismissed, with prejudice, for failure to state a claim and that leave to amend should be denied as futile, and the Magistrate Judge having ordered that any objections were to be filed within 14 days, such that objections by non-ECF users were due by May 6, 2024, and no objections having been filed as of the date of this Order, and upon independent review of the record and consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss [25] is GRANTED;

IT IS FURTHER ORDERED that Plaintiff William Walker's Amended Complaint [19] is DISMISSED, with prejudice;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

FINALLY, IT IS ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: United States Magistrate Kezia O. Taylor

cc:    WILLIAM WALKER
       1127 Pine Crest
       Diboll, Tx 75941
       (via certified and first class mail)